ROSA DE JONGE, Appellant, *v* PAULINE GOLDSMITH, Respondent.

(Argued June 2, 1881; decided October 4,.1881.)

*Samuel Hand* for appellant.

*Otto Horwitz* for respondent.

. Agree to affirm on opinion in *Brummer* v. *Cohn* (*ante*, p. 11).
All concur.
Judgment affirmed.